## BELL *v.* BELL.

ATKINSON, J. When a husband buys land and pays the purchase money thereof, but has a deed made to his wife, the law raises the presumption of a gift by the husband to his wife. *Jackson* v. *Jackson*, 150 *Ga.* 544 (104 S. E. 236); *Kimbrough* v. *Kimbrough*, 99 *Ga.* 134 (25 S. E. 176). There being no allegation in the petition in this case denying that there was any intention on the part of the husband to make a gift of the land to his wife, or any facts stated which would rebut such presumption, the court below did not err in sustaining the general demurrer to the petition.

*Judgment affirmed. All the Justices concur, except Russell, C. J., and Gilbert, J., dissenting.*